BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605
besshelena@earthlink.net

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL A. COMBS**<br>xxx-xx-3662<br><br>          **Plaintiff,**<br><br>     v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>          **Defendant.** | Case No.<br><br>MOTION TO PROCEED<br>IN FORMA PAUPERIS<br>AND APPLICATION |

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, Carl A. Combs, moves the court for an order pursuant to 28 United States Code § 1915 permitting him to proceed with his action against the Social Security Administration without payment of fees or security. In support of his motion, Mr. Combs submits a completed Application to Proceed in Forma Pauperis attached to this motion.

Dated: March 28, 2008                              Respectfully submitted,

                                                                       LAW OFFICE OF
                                                                       BESS M. BREWER & ASSOCIATES

                                                                       By:_____
                                                                       BESS M. BREWER
                                                                       Attorneys for Plaintiff

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARL A. Combs

        Plaintiff,

vs.

        Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Carl Combs, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.   Are you presently employed?     Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or                Yes ___ No X
8            self employment?
9       b.   Income from stocks, bonds,             Yes ___ No X
10           or royalties?
11      c.   Rent payments?                         Yes ___ No X
12      d.   Pensions, annuities, or                Yes ___ No X
13           life insurance payments?
14      e.   Federal or State welfare payments,     Yes ___ No X
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____
21 3.   Are you married?                            Yes ___ No X
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?  Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes _X_ No ___

Make _Ford Taurus_ Year _1998_ Model _Tauris_

Is it financed? Yes _X_ No ___ If so, Total due: $ _owe $1000.00_

Monthly Payment: $ _175.00_

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ___ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ___

_____

8. What are your monthly expenses? _with family member_

Rent: $ _350.00 live_ Utilities: _G.A. pays it_

Food: $ _150.00 Food Stamps_ Clothing: _0_

Charge Accounts: _0_    _G.A. is county_
                       _General Assistance_
Name of Account        Monthly Payment        Total Owed on This Account

_____  $_____  $_____

_____  $_____  $_____

_____  $_____  $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Car Payment._

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-27-08                    [signature]
DATE                       SIGNATURE OF APPLICANT

-4-