IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. COMBS, <br><br>    Plaintiff(s), <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br><br>    Defendant(s). | No. C 08-1728 MEJ <br><br> **NOTICE OF REFERRAL FOR ALL FURTHER PROCEEDINGS AND ENTRY OF JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly. When filing papers that require the Court to take any action, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

The parties shall continue to comply with the March 31, 2008 Procedural Order for Social Security Review Actions. (Doc. #2.)

**IT IS SO ORDERED.**

Dated: July 10, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge