IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. COMBS, | No. C 08-1728 MEJ |
| Plaintiff(s), | |
| vs. | **ENTRY OF JUDGMENT** |
| MICHAEL J. ASTRUE, | |
| Defendant(s). | |

On March 30, 2009, the Court denied Plaintiff's motion for summary judgment and granted Defendant's cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 30, 2009

MARIA-ELENA JAMES
United States Magistrate Judge