Joseph P. Russoniello
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
SUSAN L. SMITH, CSBN 253808
Assistant Regional Counsel
U.S. Social Security Administration

   333 Market Street, Suite 1500
   San Francisco, CA 94105
   Telephone: (415) 977-8973
   Facsimile: (415) 744-0134
   E-mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. COMBS | |
|    Plaintiff, | Case No. 3:08-cv-01728-MEJ |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|    Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Defendant shall have an extension of time of thirty (30) days up through and including Monday, January 3, 2010 in which to file his Opposition to Plaintiff's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Defendant seeks this extension to consider the possibility of settlement in this matter.  This extension is necessitated as a result of an injury, requiring unanticipated medical leave, suffered by the undersigned attorney and the reassignment of a large number of cases in the Office of the Regional Chief Counsel, due to the departure of several senior

attorneys, and a concomitant increase in the workload of the undersigned attorney.

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Dated: December 3, 2010        By: */s/ Susan L. Smith*
                                        SUSAN L. SMITH
                                        Special Assistant U.S. Attorney

Dated: December 3, 2010        */s/ Bess M. Brewer*
                                        (via e-mail authorization)
                                        Attorney for Plaintiff

IT IS SO ORDERED.

Dated: December 6, 2010                     _____
                                        HON. MARIA-ELENA JAMES
                                        United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, hereby, certify that on December 3, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by that system.

Executed on December 3, 2010 in San Francisco, California.

                              */s/ Susan L. Smith*
                              SUSAN L. SMITH
                              Special Assistant U.S. Attorney
                              Office of the Regional Chief Counsel
                              Social Security Administration
                              Attorney for Defendant