Joseph P. Russoniello
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
ODELL GROOMS, CSBN 375945
Assistant Regional Counsel
U.S. Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    E-mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. COMBS, | |
|     Plaintiff, | Case No. 3:08-cv-01728-MEJ |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Defendant shall have an extension of time of thirty (30) days up through and including Tuesday, February 2, 2011 in which to file his Opposition to Plaintiff's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Defendant seeks this extension to consider the possibility of settlement in this matter.  This is Defendant's second request for extension in this matter.

    This extension is necessitated as a result of an injury, requiring unanticipated medical leave, suffered by the undersigned attorney and the reassignment of a large number of

1  cases in the Office of the Regional Chief Counsel, due to the
2  departure of several senior attorneys, and a concomitant increase
3  in the workload of the undersigned attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 3, 2011      By: */s/ Susan L. Smith*
                            SUSAN L. SMITH
                            Special Assistant U.S. Attorney


Dated: January 3, 2011      */s/ Bess M. Brewer*
                            (via e-mail authorization)
                            Attorney for Plaintiff


IT IS SO ORDERED.

Dated: January 7, 2011      _____
                            HON. MARIA-ELENA JAMES
                            United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, hereby, certify that on January 3, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by that system.

Executed on January 3, 2011 in San Francisco, California.

/s/ Susan L. Smith
SUSAN L. SMITH
Special Assistant U.S. Attorney
Office of the Regional Chief Counsel
Social Security Administration
Attorney for Defendant